IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-0667-GPG

(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

**JERRY D. CARTER**,

    Plaintiff,

v.

**NO NAMED DEFENDANT**,

    Defendant.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

On March 31, 2015, Plaintiff, Jerry Carter, initiated this action by filing four letters with the Court complaining about the conditions of his confinement.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that there are deficiencies in this action.  Plaintiff will be directed to cure the following if he wishes to pursue any claims in this Court in this action.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   X   is not submitted
(2)   __   is missing affidavit
(3)   X   copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing is not submitted
(4)   __   trust fund account statement is missing certification by authorized prison official
(5)   __   is missing required financial information
(6)   X   is missing authorization to calculate and disburse filing fee payments
(7)   __   is missing an original signature by the prisoner
(8)   __   is not on proper form
(9)   __   names in caption do not match names in caption of complaint, petition or habeas application

(10) _X_ other: <u>Plaintiff may pay the $400 filing fee in lieu of filing a § 1915 Motion</u>.

**Complaint, Petition or Application**:
(11) _X_ is not submitted (<u>Plaintiff must submit Complaint on the court-approved Prisoner Complaint form</u>).
(12) ___ is not on proper form
(13) ___ is missing an original signature by the prisoner
(14) ___ is missing page nos. ___
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ names in caption do not match names in text
(17) ___ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ___ other:

Accordingly, it is

**ORDERED** that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

**FURTHER ORDERED** that Plaintiff shall obtain the court-approved forms for filing a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov, and shall use the forms in complying with this Order. It is

**FURTHER ORDERED** that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED April 1, 2015, at Denver, Colorado.

            BY THE COURT:

            s/Gordon P. Gallagher
            United States Magistrate Judge